UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-23369-MORENO/LOUIS

SECURITIES AND EXCHANGE COMMISSION,

      **Plaintiff,**

v.

BARRY M. KORNFELD, *et al.*,

      **Defendants.**

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL
JUDGMENTS AS TO DEFENDANTS ANDREW G. COSTA
AND COSTA FINANCIAL INSURANCE SERVICES CORP.**

  Plaintiff Securities and Exchange Commission hereby submits this Unopposed Motion for Entry of Final Judgments as to Defendants Andrew G. Costa ("Costa") and Costa Financial Insurance Services Corp. ("Costa Financial") in the forms attached. *See* Consent of Costa attached as Exhibit 1; Proposed Final Judgment as to Costa attached as Exhibit 1-A; Consent of Costa Financial attached as Exhibit 2; and Proposed Final Judgment as to Costa Financial attached as Exhibit 2-A.

  The attached Consents and corresponding proposed Final Judgments, if approved by the Court, will resolve this case in its entirety as Final Judgments have previously been entered against all other Defendants.

May 2, 2019            Respectfully submitted,

             By: **Russell Koonin & Christine Nestor**
                Russell Koonin & Christine Nestor
                Senior Trial Counsel
                FL Bar No.: 474479; FL Bar No. 597211
                kooninr@sec.gov; nestorc@sec.gov
                Telephone: (305) 982-6385; (305) 982-6367

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

**Russell Koonin**
Russell Koonin

## SERVICE LIST

Walter Mathews Esq. (via CM/ECF)
MATHEWS GIBERSON LLP
200 S. Andrews Ave. - Suite 800
Fort Lauderdale, FL 33301
Tel. 954-463-1929
Fax. 954-653-2963
wjm@mathewsllp.com
www.mathuseslIp.com
*Counsel for Defendants Andrew G. Costa*
*and Costa Financial Insurance Services Corp.*

2