UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

      v.

BARRY M. KORNFELD, *et al.*,

      Defendants.

Docket No.:  18-cv-23369-FAM

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT ANDREW COSTA SHOULD NOT BE HELD IN CIVIL CONTEMPT**

Plaintiff, Securities and Exchange Commission (the "Commission") moves the Court for an order requiring Andrew Costa to Show Cause, if any, why he should not be held in civil contempt for failure to pay the disgorgement, prejudgment, and post judgment interest required by this Court's judgment.

This motion is supported by the Plaintiff's Memorandum of Law in Support of its Motion For An Order To Show Cause Why Defendant Andrew Costa Should Not Be Held in Civil Contempt, the Declaration of Michael J. Roessner, and the attached Exhibits.

Date:  April 1, 2021                    Respectfully submitted,

                                                  s/MICHAEL J. ROESSNER
Michael J. Roessner
100 F Street, N.E., Mail Stop 5275
Washington, D.C. 20549
(202) 551-4347 (Phone)
(202) 772-9223 (Fax)

*Attorney for Plaintiff*
United States Securities and Exchange Commission