UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

Case Number: 18-23369-CIV-MORENO

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

vs.

BARRY M. KORNFELD, FERNE
KORNFELD, FEK ENTERPRISES, INC.,
d/b/a FIRST FINANCIAL TAX GROUP,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on the S.E.C.'s Motion for a Show Cause Order on why Defendant Andrew Costa should not be held in Contempt, filed on **April 1, 2021**. The Magistrate Judge filed an *Amended* Report and Recommendation **(D.E. 62)** on **September 28, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Amended Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the S.E.C.'s Motion for a Show Cause Order on why Defendant Andrew Costa should not be held in Contempt is DENIED for the reasons stated in the well-reasoned Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd of November 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record